**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff. | |
| v. | CRIMINAL NO. 25-414 (GMM) |
| **ROSA IMELDA MORENO-OLVERA,** Defendant. | |

### UNITED STATES' SENTENCING MEMORANDUM

COMES NOW, the United States of America, by and through its undersigned counsel, and very respectfully submits its position as to the sentence that should be imposed on defendant Rosa Imelda Moreno-Olvera at the sentencing hearing.

### BACKGROUND

On September 22, 2025, Homeland Security Investigations (HSI) agents received an anonymous tip reporting the illegal presence of a Mexican national named Rosa Moreno-Olvera, who had been previously removed from the United States. HSI investigation revealed that defendant Moreno-Olvera was previously removed from the United States.

HSI agents located and identified defendant Moreno-Olvera's residence, and, on September 23, conducted a "knock and talk." The agents identified themselves as immigration officers and proceed to interview defendant Moreno-Olvera. Defendant Moreno-Olvera stated her full name, nationality and admitted to being unlawfully present in the United States (U.S.).

Subsequently, HSI agents administratively arrested defendant Moreno-Olvera and transported her to the ICE Service Processing Center (SPC) for processing. Record checks confirmed that defendant Moreno-Olvera's possess prior immigration & criminal history, to wit:

(a)      On September 16, 2003, defendant Moreno-Olvera was encountered by Customs and Border Protection (CBP) in Texas, during a southbound (outbound to Mexico) inspection. Moreno-Olvera admitted to the CBP Officer that she was returning to her home country and that she had entered the U.S. illegally by falsely claiming to be a U.S. citizen at entrance.

(b)      On December 3, 2003, Moreno-Olvera was arrested in Texas, and charged with unauthorized use of a vehicle.   On February 5, 2004, she was found guilty and sentenced to 90 days of incarceration.

(c)      On April 4, 2004, Moreno-Olvera was encountered by CBP in Texas for falsely claiming to be a U.S. citizen and was administratively processed as an expedited removal and was removed back to Mexico.

(d)      On April 11, 2004, Moreno-Olvera was again encountered by CBP in Texas while falsely claiming to be a U.S. citizen and was administratively processed as an expedited removal. She was charged for violation of Title 8, United States Code, Section 1325(a)(3) - attempted illegal entry, was found guilty and sentenced to 14 days of imprisonment. Upon release, defendant Moreno-Olvera was removed from the United States back to Mexico on April 27, 2004.

(e)      On September 3, 2024, Moreno-Olvera was encountered by ICE Enforcement and Removal Operations (ERO) Officers while incarcerated at the Bayamon Correctional Institution for Women, in Bayamon, Puerto Rico. At that time, defendant Moreno-Olvera was awaiting judicial proceedings after been charged on September 1, 2024, with domestic violence and possession of a weapon by the Police of Puerto Rico.   Following ICE protocols, ERO Officers placed an Immigration Detainer on Moreno-Olvera.

(f)      On October 11, 2024, criminal charges were dismissed, and MORENO-Olvera's custody was turned over to ICE – ERO Officers as per the Immigration Detainer placed on September 3, 2024.

(g)    On October 11, 2024, Moreno-Olvera was administratively charged with violation of the INA Sections 212a2AiI - conviction or commission of a crime involving moral turpitude, 212a6Ai - alien present without admission or parole (PWA) and 212a9Ai - alien previously removed two or more times as an arriving alien (not aggravated felons).  On November 2, 2024, Moreno-Olvera was removed from the United States back to Mexico.

(h)    In an unknown date, Moreno-Olvera, illegally re-entered the United States.

On October 8, 2025, a federal Grand Jury returned a true bill in an indictment charging defendant Moreno-Olvera with re-entry of removed alien, in violation of Title 8, United States Code, Section 1326(a).

## SENTENCE RECOMMENDATION

The guideline calculation for the offense charged in the Indictment is as follows:

| GUIDELINES CALCULATION as to COUNT ONE<br>Re-Entry of Removed Alien [T. 8 USC 1326(a)] | |
| --- | --- |
| GUIDELINE SECTION | PLEA OFFER |
| Base Offense Level (U.S.S.G. §2L1.2(a)) | 8 |
| Acceptance of Responsibility (U.S.S.G. §3E1.1) | -2 |
| TOTAL OFFENSE LEVEL | 6 |
| Potential Guideline Range for:<br>Criminal History Category I | 0-6 months |

Should defendant Moreno-Olvera be a criminal history category of I, along with a total offense level of 6, her guideline imprisonment range is from 0 to 6 months of imprisonment.  As of this date, the defendant has been detained for approximately 2 months (since on or about September 29, 2025).

WHEREFORE, the United States respectfully requests that the Court sentence defendant Moreno-Olvera to a term of time-served, which is a sentence within the guideline imprisonment range, followed by a term of supervised release as mandated by law.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 13th day of November 2025.

W. STEPHEN MULDROW
United States Attorney

*s/ Elba Gorbea*
Elba Gorbea
Assistant United States Attorney
USDC No. 224014
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave. San
Juan, PR 00918
Tel. (787) 766-5656
elba.gorbea@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing motion has been filed with the Clerk of the Court who would notify to the attorney of record in this case.

*s/ Elba Gorbea*
Elba Gorbea
Assistant United States Attorney
USDC No. 224014