## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

Criminal No. 25-414 (GMM)

ROSA IMELDA MORENO-OLVERA,
*Defendant.*

## SENTENCING MEMORANDUM

TO THE HONORABLE GINA MENDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE
FOR DISTRICT OF PUERTO RICO

Rosa Imelda Moreno-Olvera ("Ms. Moreno"), is a 39-year-old woman born, but not raised, in Mexico. She stands before this Court convicted of illegal reentry under 8 U.S.C. § 1326(a). While the statute criminalizes her return to the United States, it does not and cannot capture the full context of her life—a life that has been almost entirely lived in this country since childhood, defined by deep family roots, hard work, and an unwavering commitment to her children.

Ms. Moreno entered the United States at just nine years old, brought by her aunt in pursuit of opportunities. She grew up in Lulling, Texas, attended elementary, middle and high school there, and speaks English fluently. Ms. Moreno grew up in a close-knit family, she built friendships and absorbed the culture around her. As a young adult, she worked in housekeeping and as she grew this became her full-time employment.

Ms. Moreno married Mr. Jason Luther when her first child was eight months old. Mr. Luther raised him like his own. Ms. Moreno later gave birth to her second child, Jason, who

is now 17 years old. Jason was born with intellectual disabilities requiring special medication, needs and attention. After he was born, Ms. Moreno dedicated herself entirely to taking care of her two sons. She stayed home to provide constant care and nurturing. After separating from Mr. Luther, they continued to have great communication and jointly took part in their children's upbringing.

When Ms. Moreno was deported, she returned to an unknow place. Her formative years, identity and sense of belonging were shaped entirely in the United States. But Ms. Moreno now understands that her return, even if motivated by love and family, was a mistake. She has not offered excuses. She has not minimized her conduct. Instead, Ms. Moreno recognizes that the law must be respected. Her remorse is not merely words expressed through counsel—it is visible in her demeanor in her worry for her children, and the regret she carries for putting herself in this position.

Every part of Ms. Moreno's future is uncertain at this moment. What is certain is that the time spent in custody has been a profound wake-up call. Her children's confusion, their tears during phone calls and their longing for her presence have shown her the full weight of her actions. The road ahead Ms. Moreno might be challenging, but she is hopeful she can rebuild her life in Mexico. A life that involves having contact with her sons, even in the distance.

The Court should also note that Ms. Moreno has been detained since September 23, 2025, and that she will be subject to additional administrative detention as she awaits removal proceedings. For all the reasons above, Ms. Moreno respectfully requests a sentence of time

served without a term of supervised release to follow. A sentence of time served is "sufficient, but not greater than necessary" in light of the totality of the circumstances (18 U.S.C. § 3553(a)).

WHEREFORE, it is respectfully requested that the Court sentence Ms. Moreno to time served without imposing a term of supervised release.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, on November 13, 2025.

**RACHEL BRILL**
**Federal Public Defender**
**District of Puerto Rico**

*S/ Stephanie Torres-Pérez*
Stephanie Torres-Pérez
Assistant Federal Public Defender
USDC-PR 308710
241 F.D. Roosevelt Ave.
San Juan, PR 00918-2441
T: (787) 281-4922 / F: (787) 281-4899
Email: Stephanie_Torres@fd.org